1 | JILL WILLIAMS – State Bar No. 221793
jwilliams@crdlaw.com
2 | DANIELLE C. FOSTER – State Bar No. 281385
dfoster@crdlaw.com
3 | CARPENTER, ROTHANS & DUMONT
500 S. Grand Avenue, 19th Floor
4 | Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 (fax)
5
Attorneys for Defendant County of Los Angeles, a public entity

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HILLMAN, III, an individual; THE ESTATE OF DAVID MCKNIGHT-HILLMAN, by and through its Personal Representative, DAVID HILLMAN, III<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; WAYFINDER FAMILY SERVICES, a California corporation; BOBBY D. CAGLE, an individual; VIRGINIA PRYOR, an individual; MIKI JORDAN, an individual; JAY ALLEN, an individual; ANI SARGSYAN, an individual; GOOD GUARD SECURITY, INC., a California corporation; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL OF ACTION**<br><br>**[28 U.S.C. §§ 1441 - Federal Question]** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant County of Los Angeles, a public entity, hereby removes to the United States District Court for the Central District of California, the state court action described below.

///

- 1 -
NOTICE OF REMOVAL OF ACTION

1. On or about January 18, 2022, an action was commenced in Los Angeles County Superior Court entitled <u>David Hillman, III v. County of Los Angeles, et al.</u>, bearing case number 22STCV01775. Attached hereto as Exhibit "A" is a copy of the original Complaint that was filed in the action.

2. Defendant Los Angeles County was first served with this action on August 5, 2022.

3. On information and belief, Defendant Good Guard Security was served with this action on August 5, 2022.

4. On information and belief, Defendant Wayfinder Family Services was served with this action on August 8, 2022.

5. To the knowledge of Defendant Los Angeles County, Defendants Bobby D. Cagle, Virginia Pryor, Miki Jordan, Jay Allen, and Ani Sargsyan have not yet been served.

6. This action is a civil action of which the federal court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to federal court by Defendant Los Angeles County pursuant to the provisions of 28 U.S.C. § 1441(a) because it involves claims for violations of 42 U.S.C. § 1983.

7. All defendants to the removable claims who have been served join in the removal of this action to federal court.

DATED: September 2, 2022              CARPENTER, ROTHANS & DUMONT

                                       /s/ Danielle C. Foster
                                  By: _____
                                       JILL WILLIAMS
                                       DANIELLE C. FOSTER
                                       Attorneys for Defendant County of Los Angeles

NOTICE OF REMOVAL OF ACTION

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 500 South Grand Avenue, 19th Floor, Los Angeles, California 90071.

On **September 2, 2022**, I served the foregoing document(s) described as:

## NOTICE OF REMOVAL OF ACTION

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Brian T. Dunn, Esq.
The Cochran Firm
4929 Wilshire Blvd., Ste 1010
Los Angeles, CA 90010
bdunn@cochranfirm.com

BY MAIL

☒ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☐ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

BY ELECTRONIC SERVICE

☒ I caused the document to be sent to the persons at their electronic notification addresses. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on **September 2, 2022**, at Los Angeles, California.

I declare, under penalty of perjury under the laws of the State of California that the above is true and correct.

SUSANA GUZMAN                    *Susana Guzman*