JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HILLMAN III, an individual; THE ESTATE OF DAVID MCKNIGHTHILLMAN, by and through its Personal Representative, DAVID HILLMAN III,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; WAYFINDER FAMILY SERVICES, a California corporation; BOBBY D. CAGLE, an individual; VIRGINIA PRYOR, an individual; MIKI JORDAN, an individual; JAY ALLEN, an individual; ANI SARGSYAN, an individual; GOOD GUARD SECURITY, INC., a California corporation; and DOES 1 through 200, inclusive,<br><br>Defendants | Case No.: 2:22-cv-06278-DSF-PD<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS COUNTY OF LOS ANGELES, WAYFINDER FAMILY SERVICES, BOBBY D. CAGLE, VIRGINIA PRYOR, MIKI JORDAN, JAY ALLEN, AND ANI SARGSYAN WITH PREJUDICE; AND REQUEST FOR REMAND OF REMAINING CLAIMS TO SUPERIOR COURT** |

    The Court has reviewed the Parties' Joint Stipulation regarding the dismissal of certain defendants, (ECF 45) and the corresponding request to remand the remaining pendent state law claims to the Superior Court, and finds GOOD CAUSE to grant the requested relief.

    Accordingly, IT IS ORDERED that Defendants COUNTY OF LOS ANGELES, WAYFINDER FAMILY SERVICES, BOBBY D. CAGLE, VIRGINIA PRYOR, MIKI JORDAN, JAY ALLEN, and ANI SARGSYAN are hereby dismissed WITH PREJUDICE from the above-entitled action.

    IT IS FURTHER ORDERED that all remaining claims in the above-entitled action, including all pending state law claims against Defendant GOOD GUARD

SECURITY INC., and all DOE DEFENDANTS, shall be remanded to the Los Angeles Superior Court under the originally filed Superior Court action of *David Hillman, III v. County of Los Angeles, et al.,* bearing case number 22STCV01775, filed January 2, 2021 for adjudication therein.

IT IS SO ORDERED.

Dated: March 15, 2023

By : _____
Hon. Dale S. Fisher
United States District Judge